Núm. 6375.—PUEBLO, apldo. v. RALAT, aplte.—C. D. Ponce. ■■■■ ■■■■■■ Enero 22, 1937.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, acusado Manuel Ralat como autor de un delito de acometimiento y agresión grave fué condenado por la Corte de Distrito de Ponce, en apelación, a un mes de cárcel, y no conforme apeló para ante esta Corte Suprema señalando como único error el cometido a su juicio por la corte de distrito al apreciar la prueba; y

POR CUANTO, examinada dicha prueba a la luz de los alegatos de ambas partes, el tribunal la encuentra suficiente para sostener la sentencia recurrida;

POR TANTO, se declara sin lugar el recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce el 12 de febrero de 1936.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.